UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM TAMBOUSIE KIDD,<br><br>             Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, et al.,<br><br>             Defendants. | Case No.  WD CV 11-8488-PSG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  5/18/12 .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE